■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTONIO LOPEZ DIAZ, Appellant. [809 NYS2d 924]—Appeal from a judgment of the Ontario County Court (Frederick G. Reed, J.), rendered August 1, 2003. The judgment convicted defendant, upon his plea of guilty, of criminal sale of a controlled substance in the third degree (three counts).

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Defendant failed to preserve for our review his contention that County Court erred in sentencing him without the benefit of an adequate presentence report (*see People v Villafane*, 294 AD2d 117 [2002], *lv denied* 98 NY2d 682 [2002]; *People v Gugliara*, 137 AD2d 766 [1988]), and we decline to exercise our power to review that contention as a matter of discretion in the interest of justice (*see* CPL 470.15 [6] [a]). The sentence is not unduly harsh or severe. Present—Pigott, Jr., P.J., Hurlbutt, Gorski, Green and Hayes, JJ.